

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-19-00640-CV

**IN RE MAURER GROUP**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting: Rebeca C. Martinez, Justice
    Patricia O. Alvarez, Justice
    Irene Rios, Justice

Delivered and Filed: October 2, 2019

PETITION FOR WRIT OF MANDAMUS DENIED

On September 17, 2019, relator filed a petition for writ of mandamus. After considering the petition, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2017CI06811, styled *The Maurer Group v. Liberty Mutual Insurance, et al.*, pending in the 438th Judicial District Court, Bexar County, Texas, the Honorable Cynthia Marie Chapa presiding.